WILLIAM SCHROEDER, an Infant, by DOROTHY CUNNINGHAM, His Guardian ad Litem, and DOROTHY CUNNINGHAM, Appellants, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Respondent.— In an action by an infant plaintiff to recover for personal injuries, and by his mother to recover for expenses incurred and loss of services, the complaint was dismissed at the close of plaintiffs' case. Judgment reversed on the law and a new trial granted, with costs to appellants to abide the event, upon the ground that there was a question of fact for determination by the jury. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

ISAAC SIEGEL, Appellant, v. THE CITY OF MOUNT VERNON, Respondent.— In an action brought to recover damages for personal injuries sustained by the plaintiff when he slipped and fell on ice formed on the sidewalk about a defective leader, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.